UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 15-7150-JCB

UNITED STATES OF AMERICA

v.

FELIPE RAMOS

**RULE 5 ORDER OF REMOVAL**

July 1, 2015

Boal, M.J.

An indictment is pending in the Western District of Texas against the defendant (Case No. SA-15-cr-392-OLG in the charging district).  The defendant appeared before the undersigned for initial appearance on June 19, 2015 represented by appointed counsel.

On June 30, 2015, the defendant waived an identity hearing; I find that the defendant is the person named in the warrant.

The United States has produced a facsimile of the warrant.

The defendant was informed of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

No detention hearing was held on the United States' motion for detention because the defendant reserved the right to a detention hearing in the charging district.

WHEREFORE, the defendant is REMANDED to the custody of the United States Marshals and ORDERED removed to the Western District of Texas.

    /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge